1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-mail: usdceast@hubslaw.com
5
   Attorneys for Plaintiff Lary Feezor
6

7  LAWRENCE TEPLIN, SBN 35724
   COX, CASTLE & NICHOLSON LLP
8  2049 CENTURY PARK EAST, 28TH FLOOR
   LOS ANGELES, CALIFORNIA 90067
9  Telephone: (310) 277-4222
   Facsimile: (310) 277-7889
10 E-mail: lteplin@coxcastle.com

11 Attorney for Defendants

12

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16 LARRY FEEZOR                          Case No. CIV. 2:09-CV-02355-FCD-KJM

17      Plaintiff,

18 v.                                    **STIPULATION AND ORDER FOR DISMISSAL**

19 PEP BOYS MANNY MORE & JACK CORP.
   dba PEP BOYS AUTO #710; CPPB 2, LLC,
20
        Defendants.
21 _____/

22              TO THE COURT AND ALL PARTIES:

23      Pursuant to a Settlement Agreement and Release between plaintiff, LARRY

24 FEEZOR, and defendants, **PEP BOYS, MANNY MORE & JACK CORP. dba PEP BOYS**

25 **AUTO #710; CPPB 2, LLC**, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby

26 request that all parties be dismissed with prejudice from the above-entitled action.

27 / / /

28 / / /

Dated: December 31, 2009            DISABLED ADVOCACY GROUP, APLC

/s Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff

Dated: December 31, 2009            COX , CASTLE & NICHOLSON LLP

/s/ Lawrence Teplin
LAWRENCE TEPLIN
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.2:09-CV-02355-FCD-CMK, is hereby dismissed with prejudice.

Dated: January 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE